B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ciccone Food Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2985184** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**40 West Fullerton**<br>**Addison, IL**<br>ZIP Code **60101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ciccone Food Products, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)            (Date) |

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ciccone Food Products, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
Telephone Number

**December 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sal Ciccone**
Signature of Authorized Individual

**Sal Ciccone**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**December 10, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Ciccone Food Products, Inc.**
                                        Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Anna Ciccone**<br>**1202 Surrey Rd**<br>**Addison, IL 60101** | **Anna Ciccone**<br>**1202 Surrey Rd**<br>**Addison, IL 60101** | **Cash advances and purchases made with credit cards on behalf of Debtor** | | **32,859.29** |
| **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **Reimbursement agreement** | **Contingent Unliquidated** | **4,100,000.00**<br><br>**(0.00 secured)** |
| **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **Line of credit** | | **2,200,000.00**<br><br>**(1,457,276.53 secured)** |
| **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **Term loan** | | **244,216.00**<br><br>**(0.00 secured)** |
| **Battaglia & Co., Inc.**<br>**1275 Valley Brook Ave**<br>**Lyndhurst, NJ 07071** | **Battaglia & Co., Inc.**<br>**1275 Valley Brook Ave**<br>**Lyndhurst, NJ 07071** | **Goods and services** | | **30,382.65** |
| **Bindi Dessert**<br>**405 Minnisink Rd**<br>**Totowa, NJ 07512-1804** | **Bindi Dessert**<br>**405 Minnisink Rd**<br>**Totowa, NJ 07512-1804** | **Goods and services** | | **35,348.28** |
| **CVL International Trade**<br>**429 N 26th Ave**<br>**Hollywood, FL 33020** | **CVL International Trade**<br>**429 N 26th Ave**<br>**Hollywood, FL 33020** | **Goods and services** | | **151,555.95** |
| **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Lease of two (2) 2006 Sterling 18' Trucks** | | **46,480.81** |
| **F&A Dairy Products - Wisconsin**<br>**212 State Rd 35 S**<br>**Dresser, WI 54009** | **F&A Dairy Products - Wisconsin**<br>**212 State Rd 35 S**<br>**Dresser, WI 54009** | **Goods and services** | | **268,592.93** |
| **Georgia Pacific**<br>**PO Box 93350**<br>**Chicago, IL 60673** | **Georgia Pacific**<br>**PO Box 93350**<br>**Chicago, IL 60673** | **Goods and services** | | **24,780.88** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                        Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604** | **Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604** | **941 9/30/08,<br>12/31/08, 3/31/09,<br>6/30/09 and 9/30/09** | **Unliquidated** | **350,000.00** |
| **Montebovi Spa<br>Via del Fosso della Magliana<br>34, 0148 Roma<br>ITALY** | **Montebovi Spa<br>Via del Fosso della Magliana<br>34, 0148 Roma<br>ITALY** | **Goods and<br>services** | | **26,928.00** |
| **Morris Meat Packing, Inc.<br>1406 S. 5th Ave<br>Maywood, IL 60153** | **Morris Meat Packing, Inc.<br>1406 S. 5th Ave<br>Maywood, IL 60153** | **Goods and<br>services** | | **313,065.69** |
| **Pasta Puglia Specialty Food<br>10 Dell Glenn Ave<br>Lodi, NJ 07644** | **Pasta Puglia Specialty Food<br>10 Dell Glenn Ave<br>Lodi, NJ 07644** | **Goods and<br>services** | | **27,640.00** |
| **Quality<br>172 N Peoria St<br>Chicago, IL 60607** | **Quality<br>172 N Peoria St<br>Chicago, IL 60607** | **Goods and<br>services** | | **32,376.06** |
| **Salvatore & Anna Marie<br>Ciccone<br>40 West Fullerton Avenue<br>Addison, IL 60101** | **Salvatore & Anna Marie Ciccone<br>40 West Fullerton Avenue<br>Addison, IL 60101** | **Loans** | | **42,600.00** |
| **Sanniti LLC<br>1275 Valley Brook Ave<br>Lyndhurst, NJ 07071** | **Sanniti LLC<br>1275 Valley Brook Ave<br>Lyndhurst, NJ 07071** | **Goods and<br>services** | | **31,721.24** |
| **Santa Maria Foods Ulc<br>10 Armthorpe Rd<br>Brampton, ON L6T 5M4<br>CANADA** | **Santa Maria Foods Ulc<br>10 Armthorpe Rd<br>Brampton, ON L6T 5M4<br>CANADA** | **Goods and<br>services** | **Disputed** | **61,361.58** |
| **Stanislaus Food Products<br>1202 D St<br>Modesto, CA 95354** | **Stanislaus Food Products<br>1202 D St<br>Modesto, CA 95354** | **Goods and<br>services** | | **22,360.40** |
| **Vistar Corp dba Roma Foods<br>PO Box 187625<br>Division St North<br>Rice, MN 56367** | **Vistar Corp dba Roma Foods<br>PO Box 187625<br>Division St North<br>Rice, MN 56367** | **Goods and<br>services** | **Disputed** | **48,872.76** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Ciccone Food Products, Inc.**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **December 10, 2009**                Signature    **/s/ Sal Ciccone**
                                                                **Sal Ciccone**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ciccone Food Products, Inc.**                              ,   Case No. _____

                                                                             Debtor

                                                                     Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,469,276.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 6,563,576.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 358,368.11 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 1,753,313.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| | | Total Assets | 1,469,276.53 | | |
| | | Total Liabilities | | 8,675,257.35 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ciccone Food Products, Inc.**                                    ,
                                    Debtor

Case No. _____

Chapter _____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Ciccone Food Products, Inc.**                                          ,    Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Ciccone Food Products, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Amcore Bank** **Checking Payroll (. . . )** | - | 0.00 |
| | | **Amcore Bank** **Checking Operating (. . .4991)** | - | 35.00 |
| | | **Associated Bank** **(. . . 1132)** | - | 0.00 |
| | | **Associated Bank** **(. . . 5329)** | - | 234.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        **269.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ciccone Food Products, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Less than 90 days $528,204 (87%)** **More than 90 days $639,977.44 (25%)** | - | 619,532.53 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          619,532.53
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Village of Addison Business License** | - | 1.00 |
| | | **U.S. Department of Agriculture License** | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Chevy Cube Van (. . . 0718)  30HD** | - | 4,500.00 |
| | | **1995 Chevy Cube Van (. . . 3398) G 30** | - | 5,500.00 |
| | | **2006 Ford Cargo Van E-350** | - | 12,000.00 |
| | | **2006 Sterling Acterra 18' (. . . 4560)** | - | 32,000.00 |
| | | **2006 Sterling Acterra 18' ( . . . 4561)** | - | 32,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office furniture & equipment (liquidation value)** | - | 17,690.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Warehouse & Trucks Machines & equipment; Beams & Racks; Auto/Transportation Equipment (liquidation value)** | - | 245,323.00 |
| 30. Inventory. | | **Perishables (cost)** | - | 138,838.00 |

                                                              Sub-Total >        487,853.00
                                                        (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ciccone Food Products, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Non-perishables food (cost)** | - | **361,622.00** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **361,622.00** |
| (Total of this page) | |
| Total > | **1,469,276.53** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Ciccone Food Products, Inc.**                                    Case No. _____
                                                                  ,
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 87103179002<br><br>**Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | | - | | **Term loan**<br><br><br>Value $          0.00 | | | | 244,216.00 | 244,216.00 |
| Account No. 87103179001<br><br>**Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | | - | | **Line of credit**<br><br><br>Value $      1,457,276.53 | | | | 2,200,000.00 | 742,723.47 |
| Account No.<br><br>**Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | | - | | **Reimbursement agreement**<br><br><br>Value $          0.00 | X | X | | 4,100,000.00 | 4,100,000.00 |
| Account No.<br><br>**Associated Bank, NA**<br>**c/o Jones & Jacobs**<br>**77 W. Washington, Ste. 2100**<br>**Chicago, IL 60602** | X | - | | **Notice only**<br><br><br>Value $          0.00 | | | | 0.00 | 0.00 |

|  _1_ continuation sheets attached | Subtotal<br>(Total of this page) | 6,544,216.00 | 5,086,939.47 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **40679300** | | | **2006 Ford Van** | | | | | |
| **Ford Motor Credit Company** **PO Box 64400** **Colorado Springs, CO 80962** | - | | | | | | | |
| | | | Value $ **12,000.00** | | | | **19,360.00** | **7,360.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **19,360.00** | **7,360.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **6,563,576.00** | **5,094,299.47** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Ciccone Food Products, Inc.**                                                    Case No. _____

,

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4512643-2** | | | | 3rd and 4th quarter 2009 | | | | | |
| IL Dept of Employment Security PO Box 3637 Springfield, IL 62708 | | - | | | | | | | 0.00 |
| | | | | | | | | 278.46 | 278.46 |
| Account No. **4512643** | | | | 3rd and 4th quarter 2009 | | | | | |
| IL Dept. of Employment Security PO Box 803414 Chicago, IL 60680 | | - | | | | | | | 0.00 |
| | | | | | | | | 2,242.84 | 2,242.84 |
| Account No. | | | | Illinois taxes - 3rd and 4th quarter 2009 | | | | | |
| Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62794 | | - | | | | | | | 4,527.81 |
| | | | | | | | | 4,527.81 | 0.00 |
| Account No. | | | | Retailers Occupation Tax - 3rd and 4th quarter 2009 | | | | | |
| Illinois Department of Revenue P.O. Box 19084 Springfield, IL 62726 | | - | | | | | | | 0.00 |
| | | | | | | | | 159.00 | 159.00 |
| Account No. | | | | 3rd and 4th quarter 2009 | | | | | |
| Illinois Department of Revenue PO Box 88294 Chicago, IL 60680 | | - | | | | | | | 0.00 |
| | | | | | | | | 1,160.00 | 1,160.00 |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 4,527.81 | |
| 8,368.11 | 3,840.30 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** ,                         Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **36-2985184** | | | **941 9/30/08, 12/31/08, 3/31/09, 6/30/09 and 9/30/09** | | | | | |
| **Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn St Chicago, IL 60604** | - | | | | X | | | 0.00 |
| | | | | | | | **350,000.00** | **350,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **350,000.00**   **350,000.00** |
| | Total (Report on Summary of Schedules) | **4,527.81** |
| | | **358,368.11**   **353,840.30** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re　　**Ciccone Food Products, Inc.**　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　，

　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and services | | | | |
| **A&B Foods, Inc.**<br>**14550 Miller Ave.**<br>**Fontana, CA 92336** | - | | | | | | 19,365.35 |
| Account No. | | | Goods and services | | | | |
| **A&E Technology**<br>**8102 S. Lemont Rd**<br>**Suite 900**<br>**Woodridge, IL 60517** | | | | | | | 4,131.33 |
| Account No. | | | Goods and services | | | | |
| **Acme Scales**<br>**1110 N. Villa Ave.**<br>**Villa Park, IL 60181** | - | | | | | | 914.98 |
| Account No. | | | Goods and services | | | | |
| **Acqua Mineral San Benedetto**<br>**65 Viale Kennedy**<br>**Scorzie, VE 30037**<br>**ITALY** | - | | | | | | 19,383.11 |

　　__25__　continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal　　| 43,794.77
　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Al Warren Oil Co.** <br> **7439 W. Archer Ave.** <br> **Summit, IL 60501** | | - | Goods and services | | | | 3,739.20 |
| Account No. <br><br> **Allied Waste** <br> **5050 W Lake St** <br> **Melrose Park, IL 60160** | | - | Goods and services | | | | 290.88 |
| Account No. <br><br> **Amatis & Associates** <br> **810 Lively Blvd.** <br> **Wooddale, IL 60191** | | - | Goods and services | | | | 500.00 |
| Account No. <br><br> **Anna Ciccone** <br> **1202 Surrey Rd** <br> **Addison, IL 60101** | | - | Cash advances and purchases made with credit cards on behalf of Debtor | | | | 32,859.29 |
| Account No. <br><br> **Anna Marie Ciccone** <br> **40 W. Fullerton Avenue** <br> **Addison, IL 60101** | | - | Loans<br>*Amount to be determined* | | | | Unknown |

Sheet no. __1__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **37,389.37**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and services | | | | |
| Anthony Marano Company 3000 S. Ashland Ave Suite 100 Chicago, IL 60608 | | - | | | | | | 4,875.00 |
| Account No. | | | | Goods and services | | | | |
| Antonetti, Price & Kuzma 704 Florsheim Dr. Libertyville, IL 60048 | | - | | | | | | 6,560.15 |
| Account No. | | | | Goods and services | | | | |
| Aramark Uniform Co. 4200 S. Halsted Suite 602 Chicago, IL 60609 | | - | | | | | | 2,374.96 |
| Account No. | | | | Overdraft | | | | |
| Associated Bank, N.A. 200 N. Adams Street PO Box 19007 Green Bay, WI 54307 | | - | | | | X | X | 10,976.00 |
| Account No. | | | | Goods and services | | | | |
| AT&T PO Box 8100 Aurora, IL 60507 | | - | | | | | | 359.88 |

Sheet no. **2** of **25** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    25,145.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ciccone Food Products, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Atalanta Corporation** <br>**PO Box 9631** <br>**Uniondale, NY 11555-9631** | | - | **Goods and services** | | | | **12,998.80** |
| Account No. <br><br>**Aurora Food Sales Ltd.** <br>**341 Kengington Dr** <br>**Oswego, IL 60543** | | - | **Goods and services** | | | | **1,725.30** |
| Account No. 68951008076399 <br><br>**Badger Murphy** <br>**PO Box 660312** <br>**Dallas, TX 75266-0312** | | - | **Goods and services** | | | | **2,349.17** |
| Account No. <br><br>**Basciani Foods, Inc.** <br>**3661 S Iron** <br>**Chicago, IL 60609** | | - | **Goods and services** | | | | **7,353.00** |
| Account No. <br><br>**Battagila Distribution, Co.** <br>**2545 S Ashland Ave** <br>**Chicago, IL 60608** | | - | **Goods and services** | | | | **7,120.63** |

Sheet no. __3__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,546.90**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Goods and services | | | | |
| Battagilia & Co., Inc. 1275 Valley Brook Ave Lyndhurst, NJ 07071 | | | | | | | | 30,382.65 |
| Account No. | | - | | Goods and services | | | | |
| Best Bargins 6515 32nd Ave New Munster, WI 53152 | | | | | | | | 6,263.61 |
| Account No. | | - | | Goods and services | | | | |
| Bindi Dessert 405 Minnisink Rd Totowa, NJ 07512-1804 | | | | | | | | 35,348.28 |
| Account No. | | - | | Goods and services | | | | |
| BlueCross BlueShield of IL PO Box 1186 Chicago, IL 60690 | | | | | | | | 1,001.17 |
| Account No. | | - | | Goods and services | | | | X | |
| Bob's Better Beef d/b/a Bari Foods 710 Schneider Dr South Elgin, IL 60177 | | | | | | | | 5,636.75 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   78,632.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and services | | | | |
| Cabela's Club Visa PO Box 82575 Lincoln, NE 68501 | - | | | | | | | 4,253.16 |
| Account No. | | | | Goods and services | | | | |
| Calumet Diversified Meats, Inc. PO Box 5997 Carol Stream, IL 60197 | - | | | | | | | 550.00 |
| Account No. | | | | Goods and services | | | | |
| Capitol One, FSB Attn: Remittance Processing PO Box 790217 St Louis, MO 63179 | - | | | | | | | 6,005.38 |
| Account No. 20080431 | | | | Goods and services | | | | |
| Carapelli Firenze Spa c/o Solomon & Leadley 320 East IndianTrail Aurora, IL 60505 | - | | | | | | X | 15,831.00 |
| Account No. | | | | Goods and services | | | | |
| Carmichael National Lease 2200 S. Loomis Street Chicago, IL 60608 | - | | | | | | X | 14,307.86 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,947.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and services | | | | |
| **Castella Imports** **PO Box 5493** **New York, NY 10087-5493** | | - | | | | | **4,231.26** |
| Account No. | | | Repair to 2004 Mitsubishi | | | | |
| **Celli Truck Center** **10328 Belle Plaine Avenue** **Schiller Park, IL 60176** | | - | | | X | X | **Unknown** |
| Account No. | | | Goods and services | | | | |
| **Central States** **PO Box 9280** **Highland, IN 46322** | | - | | | | | **4,400.00** |
| Account No. | | | Goods and services | | | | |
| **Charley Landscaping** **4N221 7th Ave** **Addison, IL 60101** | | - | | | | | **6,028.00** |
| Account No. | | | Goods and services | | | | |
| **Churny Company** **1 Kraft Ct** **Glenview, IL 60025** | | - | | | | | **15,664.26** |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **30,323.52**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Copy machine lease | | | | |
| **CIT Technologies Financial Services, Inc 21146 Network Pl Chicago, IL 60673** | - | | | | | | 4,136.89 |
| Account No. | | | Goods and services | | | | |
| **Columbus 30 E Oakton Ave Des Plaines, IL 60018** | - | | | | | | 13,604.77 |
| Account No. | | | Goods and services | | | | |
| **CPI Office Products PO Box 292130 Lewisville, TX 75029** | - | | | | | | 152.58 |
| Account No. | | | Goods and services | | | | |
| **Cross Container Corp 400 Maple Ave Carpentersville, IL 60110** | - | | | | | | 3,315.14 |
| Account No. | | | Goods and services | | | | |
| **CVL International Trade 429 N 26th Ave Hollywood, FL 33020** | - | | | | | | 151,555.95 |

Sheet no. __7__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   172,765.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Ciccone Food Products, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **100-0136330-000 TL**<br><br>**Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | X | - | | | **Lease of two (2) 2006 Sterling 18' Trucks** | | | | **46,480.81** |
| Account No.<br><br>**David G. Duggan dba Law Office of**<br>**David G. Duggan c/o Ryan Rafferty**<br>**119 W. Rockland Rd. #1A**<br>**Libertyville, IL 60048** | | - | | | **Goods and services** | | | X | **Unknown** |
| Account No.<br><br>**Delverde America**<br>**1865 Herndon Ave**<br>**Ste K-PMB 321**<br>**Clovis, CA 93611** | | - | | | **Goods and services** | | | | **13,475.70** |
| Account No.<br><br>**Dessert Serv., Inc. d/b/a Bindi USA**<br>**Mages & Price**<br>**707 Lake Cook Road, Suite 314**<br>**Deerfield, IL 60015** | | - | | | **Goods and services** | | | X | **Unknown** |
| Account No.<br><br>**Edward Izzi & Associates**<br>**390 E Devon Ave**<br>**Suite 101**<br>**Roselle, IL 60172** | | - | | | **Accounting services** | | | | **9,860.00** |

Sheet no. __8___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69,816.51**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ciccone Food Products, Inc.**                                      , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Eurimac SA <br>In Area of Kilkis <br>61100 Kilkis <br>GREECE** | | - | | Goods and services | | | | 19,500.00 |
| Account No. <br><br>**F&A Dairy Products - New Mexico <br>355 Crawford Blvd <br>Las Cruces, NM 88007** | | - | | Goods and services | | | | 20,712.63 |
| Account No. <br><br>**F&A Dairy Products - Wisconsin <br>212 State Rd 35 S <br>Dresser, WI 54009** | X | - | | Goods and services | | | | 268,592.93 |
| Account No. **00003748** <br><br>**Farmer Brothers Coffee <br>PO Box 934237 <br>Atlanta, GA 31193-4237** | | - | | Goods and services | | | | 12,283.28 |
| Account No. <br><br>**Food Group Int'l <br>(Maestri Pasta, Inc.) <br>3733 Mesa Vista Way <br>Bonita, CA 91902** | | - | | Goods and services | | | | 7,647.50 |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

328,736.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **40679300**  **Ford Credit** PO Box 790093 St Louis, MO 63179 | | - | | Goods and services | | | | 645.36 |
| Account No.  **Forzack Trucking** 504 Sussex Dr Janesville, WI 53546 | | - | | Goods and services | | | | 431.25 |
| Account No.  **Fox De Lux** 370 N Morgan St Chicago, IL 60607 | | - | | Goods and services | | | | 8,722.85 |
| Account No.  **Fra Noi** 3800 Division St Stone Park, IL 60165 | | - | | Goods and services | | | X | 1,100.00 |
| Account No.  **Garretson, Santora, Urgo** 2 N LaSalle Suite 1100 Chicago, IL 60602 | | - | | Legal fees | | | | 7,474.00 |

Sheet no. __**10**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,373.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Gateway Ind Power Carrier**<br>**PO Box 790129**<br>**Dept GI**<br>**St Louis, MO 63179** | | - | | | **Goods and services** | | | | **1,572.25** |
| Account No.<br><br>**Georgia Pacific**<br>**PO Box 93350**<br>**Chicago, IL 60673** | | - | | | **Goods and services** | | | | **24,780.88** |
| Account No.<br><br>**Gerard Smetana dba Smetana &**<br>**Avakian c/o Ryan A. Rafferty**<br>**119 W. Rockland Rd. #1A**<br>**Libertyville, IL 60048** | | - | | | **Goods and services** | | | X | **Unknown** |
| Account No.<br><br>**Global Logistics**<br>**117 E Palatine Rd**<br>**Suite 205**<br>**Palatine, IL 60067** | | - | | | **Goods and services** | | | | **374.79** |
| Account No.<br><br>**Greco & Son Pizza Supply**<br>**1550 Hecht Rd**<br>**Bartlett, IL 60103** | | - | | | **Goods and services** | | | | **10,764.53** |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **37,492.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ciccone Food Products, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Goods and services | | | | |
| **Hinsdale Pride** **7960 Shagbark Ln** **Burr Ridge, IL 60527** | | - | | | | | | | 21,636.65 |
| Account No. | | | | | Goods and services | | | | |
| **House of Doors, Inc.** **PO Box 147** **Brookfield, IL 60513** | | - | | | | | | | 2,817.15 |
| Account No. | | | | | Goods and services | | | | |
| **Illinois Tollway** **6200 Hiawatha Ave** **Suite 620** **Chicago, IL 60646** | | - | | | | | | | 789.20 |
| Account No. | | | | | Goods and services | | | | |
| **Industrial Battery Sales** **749 N Harvard Ave** **Villa Park, IL 60181** | | - | | | | | | | 4,616.52 |
| Account No. | | | | | Goods and services | | | | |
| **J.V.M. Sale Corp.** **3401A Tremley Point Rd** **Linden, NJ 07036** | | - | | | | | | | 16,770.00 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    46,629.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Ciccone Food Products, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and services | | | | |
| Komatsu Forklift Chicago PO Box 30279 Los Angeles, CA 90030 | | - | | | | | | 767.10 |
| Account No. | | | | Legal fees | | | | |
| Law Office Gerard Smetana 39 S LaSalle Suite 1218 Chicago, IL 60603 | | - | | | | | | 1,000.00 |
| Account No. | | | | Legal fees | | | | |
| Law Office Gregory Castaldi 5521 N Cumberland Suite 1109 Chicago, IL 60656 | | - | | | | | | 12,566.00 |
| Account No. | | | | Goods and services | | | | |
| Leprino Foods Dairy 1830 W 38th Ave Denver, CO 80211 | | - | | | | | | 17,000.00 |
| Account No. | | | | Goods and services | | | | |
| Maestranzi Sharp Knife 4715 N Ronald Harwood Heights, IL 60706 | | - | | | | | | 1,460.00 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,793.10

B6F (Official Form 6F) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and services | | | | |
| **Mancuso 612 Mills Rd Joliet, IL 60433** | | - | | | | | **Unknown** |
| Account No. | | | Goods and services | | | | |
| **Marcal Paper PO Box 8500 Philadelphia, PA 19178** | | - | | | | | **2,284.75** |
| Account No. | | | Goods and services | | | | |
| **Marina Cartage PO Box 09051 Chicago, IL 60609** | | - | | | | | **600.00** |
| Account No. | | | Goods and services | | | | |
| **Meadow Brook Co, Inc 1100 W Fulton Market Chicago, IL 60607** | | - | | | | | **6,279.96** |
| Account No. | | | Goods and services | | | | |
| **Michele Baking 3140 N Mannheim Rd Franklin Park, IL 60131** | | - | | | | | **3,636.00** |

Sheet no. __14__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **12,800.71**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.** _____ ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mincing Trading Corp**<br>**10 Tower Rd**<br>**Dayton, NJ 08810** | | - | Goods and services | | | | 6,237.97 |
| Account No.<br><br>**Minerva USA**<br>**2200 Fletcher Ave**<br>**5th Floor**<br>**Fort Lee, NJ 07024** | | - | Goods and services | | | | 8,132.85 |
| Account No.<br><br>**Montebovi Spa**<br>**Via del Fosso della Magliana**<br>**34, 0148 Roma**<br>**ITALY** | | - | Goods and services | | | | 26,928.00 |
| Account No.<br><br>**Morris Meat Packing, Inc.**<br>**1406 S. 5th Ave**<br>**Maywood, IL 60153** | | - | Goods and services | | | | 313,065.69 |
| Account No.<br><br>**National Int'l Roofing Co**<br>**11317 Smith Dr**<br>**Huntley, IL 60142** | | - | Goods and services | | | | 300.00 |

Sheet no. **15** of **25** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

354,664.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ciccone Food Products, Inc.** _____ ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Goods and services | | | | |
| Nicor PO Box 0632 Aurora, IL 60507 | | - | | | | | | | 379.17 |
| Account No. | | | | | Goods and services | | | | |
| Norcomm Public Safety Comm PO Box 1368 Elmhurst, IL 60126 | | - | | | | | | | 210.00 |
| Account No. | | | | | Goods and services | | | | |
| Office Depot PO Box 633211 Cincinnati, OH 45263 | | - | | | | | | | 2,527.01 |
| Account No. | | | | | Goods and services | | | | |
| Park Cheese PO Box 1499 Fond Du Lac, WI 54936 | | - | | | | | | | 5,446.45 |
| Account No. | | | | | Goods and services | | | | |
| Park Packing 4107 S. Ashland Ave Chicago, IL 60609 | | - | | | | | | | 6,039.48 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,602.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Goods and services | | | | |
| **Pasta Puglia Specialty Food** **10 Dell Glenn Ave** **Lodi, NJ 07644** | | | | | | | | | 27,640.00 |
| Account No. | | | - | | Goods and services | | | | |
| **Perfect Pasta** **31 Fairbank, Unit A** **Addison, IL 60101** | | | | | | | | | 4,166.00 |
| Account No. | | | - | | Goods and services | | | | |
| **Pioneer Wholesale** **1000 W Carroll Ave** **Chicago, IL 60607** | | | | | | | | | 1,689.52 |
| Account No. | | | - | | Goods and services | | | | |
| **Pitney Bowes Financial Svc** **PO Box 856460** **Louisville, KY 40285** | | | | | | | | | 303.11 |
| Account No. | | | - | | Goods and services | | | | |
| **Port Royal Sales, Ltd** **95 Froehlich Farm Blvd** **Woodbury, NY 11797** | | | | | | | | | 0.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **33,798.63**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.** _____,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **80000909002800626** <br><br> **Purchase Power** <br> **PO Box 856042** <br> **Louisville, KY 40285** | | - | Goods and services | | | | 1,407.21 |
| Account No. <br><br> **Quality** <br> **172 N Peoria St** <br> **Chicago, IL 60607** | | - | Goods and services | | | | 32,376.06 |
| Account No. <br><br> **Quick Dry Foods USA** <br> **977 Northpoint Blvd** <br> **Waukegan, IL 60085** | | - | Goods and services | | | | 70.00 |
| Account No. **C3111271** <br><br> **Quill** <br> **PO Box 37600** <br> **Philadelphia, PA 19101** | | - | Goods and services | | | | 1,003.60 |
| Account No. <br><br> **Restaurant Depot - DesPlaines** <br> **2166 Mannheim Rd** <br> **Des Plaines, IL 60018** | | - | Goods and services | | | | 3,110.90 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **37,967.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Restaurant Depot - Lombard**<br>**1000 N. Rohlwing Rd**<br>**Lombard, IL 60148** | - | | | | Goods and services | | | | 1,719.28 |
| Account No.<br><br>**Rosina Food Products, Inc.**<br>**PO Box 2732**<br>**Buffalo, NY 14240** | - | | | | Goods and services | | | | 1,425.00 |
| Account No.<br><br>**Salvatore & Anna Marie Ciccone**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | - | | | | Loans | | | | 42,600.00 |
| Account No.<br><br>**Sanniti LLC**<br>**1275 Valley Brook Ave**<br>**Lyndhurst, NJ 07071** | - | | | | Goods and services | | | | 31,721.24 |
| Account No.<br><br>**Santa Maria Foods Ulc**<br>**10 Armthorpe Rd**<br>**Brampton, ON L6T 5M4**<br>**CANADA** | - | | | | Goods and services | | | X | 61,361.58 |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    138,827.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ciccone Food Products, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and services | | | | |
| **Saputo Cheese USA, Inc 2515 Collection Center Dr Chicago, IL 60693** | | - | | | | | 7,416.30 |
| Account No. | | | Goods and services | | | | |
| **Schaumburg Security 1937 Wright Blvd Schaumburg, IL 60193** | | - | | | | | 435.00 |
| Account No. | | | Goods and services | | | | |
| **Schreiber Foods, Int'l PO Box 299 Ramsey, NJ 07446** | | - | | | | | 3,000.00 |
| Account No. | | | Goods and services | | | | |
| **Serra Cheese 19717 15 Mile Rd Clinton Twp, MI 48035** | | - | | | | | 1,418.93 |
| Account No. | | | Goods and services | | | | |
| **Seville Imports Dept 5421 PO Box 1170 Milwaukee, WI 53201** | | - | | | | | 6,492.50 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    18,762.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                                    Case No. _____
                                              ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Shorr Packaging**<br>**PO Box 6800**<br>**Aurora, IL 60598** | | - | | **Goods and services** | | | | 0.00 |
| Account No.<br><br>**Smurfit-Stone Container Ent**<br>**PO Box 18265**<br>**St Louis, MO 63150** | | - | | **Goods and services** | | | | 12,000.90 |
| Account No. 844515491<br><br>**Sprint - Long Distance**<br>**Box 219100**<br>**Kansas City, MO 64121** | | - | | **Goods and services** | | | | 521.58 |
| Account No. 953355814<br><br>**Sprint - Mobile**<br>**PO Box 4181**<br>**Carol Stream, IL 60197** | | - | | **Goods and services** | | | | 946.10 |
| Account No.<br><br>**Stanislaus Food Products**<br>**1202 D St**<br>**Modesto, CA 95354** | | - | | **Goods and services** | | | | 22,360.40 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **35,828.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and services | | | | |
| **Starco Chemical** **Union Ave & Dubois St** **East Rutherford, NJ 07073** | | - | | | | | 1,639.26 |
| Account No. | | | Goods and services | | | | |
| **Sunray International** **704 Florsheim Dr.** **Suite 12** **Libertyville, IL 60048** | | - | | | | | 841.60 |
| Account No. | | | Goods and services | | | | |
| **Supreme Lobster** **220 E North Ave** **Villa Park, IL 60181** | | - | | | | | 1,730.45 |
| Account No. | | | Goods and services | | | | |
| **TEC Foods** **PO Box 41727** **Chicago, IL 60647** | | - | | | | | 5,732.90 |
| Account No. | | | Goods and services | | | | |
| **Tecdepot of Office Depot** **PO Box 33074** **Harford, CT 06150** | | - | | | | | 215.99 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **10,160.20**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ciccone Food Products, Inc.** _____,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Goods and services | | | | |
| The Italian Bakery 82 E Lake St Addison, IL 60101 | | | | | | | | 1,460.00 |
| Account No. | | - | | Goods and services | | | | |
| The Ulhmann Company 1009 Central St Kansas City, MO 64105 | | | | | | | | 4,741.63 |
| Account No. | | - | | Goods and services | | | | |
| Tom Page Casing 10705 S Roberts Rd Palos Hills, IL 60465 | | | | | | | | 1,610.00 |
| Account No. | | - | | Goods and services | | | | |
| United Healthcare Dept Ch 10151 Palatine, IL 60055 | | | | | | | | 20,291.36 |
| Account No. | | - | | Goods and services | | | | X |
| US Refrigeration 1250 Karl Dr Wauconda, IL 60084 | | | | | | | | 4,533.39 |

Sheet no. __23__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **32,636.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ciccone Food Products, Inc.**                                           ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and services | | | | |
| **USDA Food Safety & Inspection** **PO Box 979001** **St Louis, MO 63197** | | - | | | | | 117.86 |
| Account No. | | | Goods and services | | | | |
| **V. Formusa  Co** **710 W Grand Ave** **Chicago, IL 60610** | | - | | | | | 990.00 |
| Account No. | | | Goods and services | | | | |
| **V. Spice Inc** **550 Mountain Ave** **Gilette, NJ 07933** | | - | | | | | 1,114.50 |
| Account No. | | | Goods and services | | | | |
| **Vince & Sons** **7825 W 87th Pl** **Bridgeview, IL 60455** | | - | | | | | 0.00 |
| Account No. | | | Goods and services | | | | |
| **Vistar Corp dba Roma Foods** **PO Box 187625** **Division St North** **Rice, MN 56367** | X | - | | | | X | 48,872.76 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,095.12

B6F (Official Form 6F) (12/07) - Cont.

In re **Ciccone Food Products, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WB McCloud** <br> **2500 W Higgins Rd** <br> **Suite 850** <br> **Hoffman Estates, IL 60195** | - | | **Goods and services** | | | | 211.95 |
| Account No. <br><br> **West Town** <br> **947 Ridgeland Ave** <br> **Oak Park, IL 60304** | - | | **Goods and services** | | | | 5,000.00 |
| Account No. <br><br> **Westfield** <br> **PO Box 9001566** <br> **Louisville, KY 40290-1566** | - | | **Goods and services** | | | | 6,219.86 |
| Account No. <br><br> **Whitehall Specialties** <br> **36120 Owen St** <br> **Whitehall, WI 54773** | - | | **Goods and services** | | | | 3,015.30 |
| Account No. <br><br> **Windy City Truck** <br> **61 S. Mitchell Ct** <br> **Addison, IL 60101** | - | | **Goods and services** | | | | 3,334.77 |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 17,781.88 |
| Total (Report on Summary of Schedules) | 1,753,313.24 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Ciccone Food Products, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Citicorp Vendor Finance, Inc.**<br>**One International Blvd.**<br>**Mahwah, NJ 07430-0631** | **Copier lease** |
| **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **Two (2) 2006 Sterling 18' trucks @ $2,944.21**<br>**through January 2011; thereafter, vehicles**<br>**transferred to Debtor for no additional charge.** |
| **Salvatore & Anna Marie Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Month to month tenancy**<br> **40 W. Fullerton, Addison, IL**<br> **@ quarterly interest payments due Associated**<br>**Bank** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Ciccone Food Products, Inc.**                                    ,   Case No. _____
                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anna Marie Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Associated Bank, NA**<br>**c/o Jones & Jacobs**<br>**77 W. Washington, Ste. 2100**<br>**Chicago, IL 60602** |
| **Salvatore Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Associated Bank, NA**<br>**c/o Jones & Jacobs**<br>**77 W. Washington, Ste. 2100**<br>**Chicago, IL 60602** |
| **Salvatore Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Vistar Corp dba Roma Foods**<br>**PO Box 187625**<br>**Division St North**<br>**Rice, MN 56367** |
| **Salvatore Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **F&A Dairy Products - Wisconsin**<br>**212 State Rd 35 S**<br>**Dresser, WI 54009** |
| **Salvatore Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ciccone Food Products, Inc.**                                    Case No. _____

                                                Debtor(s)         Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**40**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 10, 2009**_____          Signature   **/s/ Sal Ciccone**_____
                                                            **Sal Ciccone**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ciccone Food Products, Inc.**                                        Case No. _____

                                            Debtor(s)              Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,984,796.00** | **Gross receipts 10/1/07 to 9/30/08** |
| **$16,915,017.00** | **Gross receipts 10/1/07 to 9/30/07** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **F&A Dairy Products - Wisconsin**<br>**212 State Rd 35 S**<br>**Dresser, WI 54009** | **September 9, 2009 to**<br>**December 9, 2009** | **$925,599.95** | **$268,592.93** |
| **Restaurant Depot - DesPlaines**<br>**2166 Mannheim Rd**<br>**Des Plaines, IL 60018** | **September 9, 2009 to**<br>**December 9, 2009** | **$182,663.39** | **$3,110.90** |
| **Stanislaus Food Products**<br>**1202 D St**<br>**Modesto, CA 95354** | **September 9, 2009 to**<br>**December 9, 2009** | **$127,634.15** | **$22,360.40** |
| **Georgia Pacific**<br>**PO Box 93350**<br>**Chicago, IL 60673** | **September 9, 2009 to**<br>**December 9, 2009** | **$62,924.69** | **$24,780.88** |
| **Morris Meat Packing, Inc.**<br>**1406 S. 5th Ave**<br>**Maywood, IL 60153** | **September 9, 2009 to**<br>**December 9, 2009** | **$53,913.96** | **$313,065.69** |
| **The Ulhmann Company**<br>**1009 Central St**<br>**Kansas City, MO 64105** | **September 9, 2009 to**<br>**December 9, 2009** | **$44,880.30** | **$4,741.63** |
| **Battagila Distribution, Co.**<br>**2545 S Ashland Ave**<br>**Chicago, IL 60608** | **September 9, 2009 to**<br>**December 9, 2009** | **$38,988.68** | **$7,120.63** |
| **F&A Dairy Products - Wisconsin**<br>**212 State Rd 35 S**<br>**Dresser, WI 54009** | **September 9, 2009 to**<br>**December 9, 2009** | **$36,000.00** | **$268,592.93** |
| **Columbus**<br>**30 E Oakton Ave**<br>**Des Plaines, IL 60018** | **September 9, 2009 to**<br>**December 9, 2009** | **$34,231.34** | **$13,604.77** |
| **Churny Company**<br>**1 Kraft Ct**<br>**Glenview, IL 60025** | **September 9, 2009 to**<br>**December 9, 2009** | **$25,835.18** | **$15,664.26** |
| **Hinsdale Pride**<br>**7960 Shagbark Ln**<br>**Burr Ridge, IL 60527** | **September 9, 2009 to**<br>**December 9, 2009** | **$14,204.35** | **$21,636.65** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mancuso**<br>**612 Mills Rd**<br>**Joliet, IL 60433** | **September 9, 2009 to**<br>**December 9, 2009** | **$12,717.75** | **$0.00** |
| **Westfield**<br>**PO Box 9001566**<br>**Louisville, KY 40290-1566** | **September 9, 2009 to**<br>**December 9, 2009** | **$11,832.06** | **$6,219.86** |
| **Calumet Diversified Meats, Inc.**<br>**PO Box 5997**<br>**Carol Stream, IL 60197** | **September 9, 2009 to**<br>**December 9, 2009** | **$11,687.14** | **$550.00** |
| **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | **September 9, 2009 to**<br>**December 9, 2009** | **$11,411.94** | **$350,000.00** |
| **Vince & Sons**<br>**7825 W 87th Pl**<br>**Bridgeview, IL 60455** | **September 9, 2009 to**<br>**December 9, 2009** | **$11,239.00** | **$0.00** |
| **United Healthcare**<br>**Dept Ch 10151**<br>**Palatine, IL 60055** | **September 9, 2009 to**<br>**December 9, 2009** | **$10,768.80** | **$20,291.36** |
| **Perfect Pasta**<br>**31 Fairbank, Unit A**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$10,344.94** | **$4,166.00** |
| **Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | **September 9, 2009 to**<br>**December 9, 2009** | **$9,912.55** | **$0.00** |
| **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **September 9, 2009 to**<br>**December 9, 2009** | **$9,722.05** | **$244,216.00** |
| **Fox De Lux**<br>**370 N Morgan St**<br>**Chicago, IL 60607** | **September 9, 2009 to**<br>**December 9, 2009** | **$9,607.84** | **$8,722.85** |
| **Daimler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | **September 9, 2009 to**<br>**December 9, 2009** | **$8,832.42** | **$46,480.81** |
| **Greco & Son Pizza Supply**<br>**1550 Hecht Rd**<br>**Bartlett, IL 60103** | **September 9, 2009 to**<br>**December 9, 2009** | **$6,773.30** | **$10,764.53** |
| **Al Warren Oil Co.**<br>**7439 W. Archer Ave.**<br>**Summit, IL 60501** | **September 9, 2009 to**<br>**December 9, 2009** | **$5,898.43** | **$3,739.20** |
| **Giancinto Zompanti**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$11,377.08** | **$0.00** |
| **Joseph Barranco**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$11,286.97** | **$0.00** |
| **Rafael Munoz-Santos**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$7,100.17** | **$0.00** |

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Nick Diomede**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$7,030.32** | **$0.00** |
| **Anthony Marano**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$6,972.50** | **$0.00** |
| **Nicolo Guagliardo**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$6,687.60** | **$0.00** |
| **Giovanni Faso**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$6,521.72** | **$0.00** |
| **Raul Gonzalez**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **September 9, 2009 to**<br>**December 9, 2009** | **$6,302.11** | **$0.00** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Salvatore Ciccone**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **December 9, 2008 to**<br>**December 9, 2009** | **$199,716.15** | **$42,600.00** |
| **Niolette Fiorentino**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **December 9, 2008 to**<br>**December 9, 2009** | **$62,400.00** | **$0.00** |
| **Benedict Fiorentino**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **December 9, 2008 to**<br>**December 9, 2009** | **$52,000.00** | **$0.00** |

    **4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Associated Bank, N.A.**<br>**09 L 13226** | **Breach of contract** | **Cook County** | **pending** |
| **Dessert Service, Inc.**<br>**08 L 13684** | **Breach of contract** | **Cook County** | **Judgment** |
| **Bob's Better Beef, Inc.**<br>**09 SR 00611** | **Breach of contract** | **DuPage** | **Judgment** |
| **Duggan & Smetana**<br>**08 L 479** | **Breach of contract** | **DuPage** | **Judgment** |
| **Associated Bank**<br>**09 CH 5410** | **Foreclosure** | **DuPage** | **Pending** |
| **Fra Noi, Inc.**<br>**Case number pending** | **Small Claims** | **Cook** | **Pending filing** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Santa Maria Foods ULC 09 L 2257** | **Breach of contract** | **Cook** | **Judgment** |
| **U.S. Refrigeration 09 SC 9430** | **Breach of contract** | **Lake County** | **Pending** |
| **Vistar Corporation, a corporation, d/b/a Roma 09 L 4930** | **Breach of contract** | **Cook** | **Judgment** |
| **Carmichael Leasing Etc 09 M2 2029** | **Breach of contract** | **Cook** | **Judgment** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None □   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hitachi 21925 Network Place Chicago, IL 60673** | **April 22, 2009** | **Mitsubishi Hino 16' Truck** |
| **Carmichael National Lease 2200 S. Loomis Street Chicago, IL 60608** | **2009** | **Mitsubishi Hino 16' Truck** |
| **Carmichael National Lease 2200 S. Loomis Street Chicago, IL 60608** | **November 2008** | **2004 Sterling Acctere** |
| **Carmichael National Lease 2200 S. Loomis Street Chicago, IL 60608** | **November 2008** | **2004 Sterling Acctere** |
| **Carmichael National Lease 2200 S. Loomis Street Chicago, IL 60608** | **May 2009** | **2004 Sterling Acctere** |
| **Carmichael National Lease 2200 S. Loomis Street Chicago, IL 60608** | **May 2009** | **2004 Sterling Acctere** |
| **Carmichael National Lease 2200 S. Loomis Street Chicago, IL 60608** | **June 2009** | **2006 Mitsubishi Hino** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■    trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐    otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Oxford Bank** | **Checking (. . . 3701)** | **August 1, 2009** |

### 12.  Safe deposit boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None    List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **DelGiardino Importing & Dist., Inc. 10111 Franklin Avenue Franklin Park, IL 60131** | **Dry and frozen food products** | **40 West Fullerton Avenue Addison, IL  60101** |

### 15.  Prior address of debtor

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■    occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| **Edward Izzi & Assoc.**<br>**390 East Devon Avenue**<br>**Roselle, IL 60172** | **2007 to present** |

None
■    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Associated Bank, N.A.**<br>**200 N. Adams Street**<br>**PO Box 19006**<br>**Green Bay, WI 54307** | **June 2009** |
| **Vistar Corp dba Roma Foods**<br>**PO Box 187625**<br>**Division St North**<br>**Rice, MN 56367** | **September 2008** |
| **Simon Sadiku** | **May 2009** |
| **Michael Capraro** | **October 2008** |
| **Lino DeCarlo** | **June 2009** |

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **September 30, 2009** | **Nicolette Fiorentino** | **$460,027 - cost** |
| **July 31, 2009** | **Nicolette Fiorentino** | **$612,848 - cost** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **September 30, 2009** | **Nicolette Fiorentino** |
| **July 31, 2009** | **Nicolette Fiorentino** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Salvatore Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **President** | **100% shareholder** |
| **Anna Marie Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Secretary** | **None** |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

11

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Salvatore Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Wages** | **$120,000** |
| **Anna Marie Ciccone**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Wages** | **$31,200** |
| **Nicolette Fiorentino**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Wages** | **$62,400** |
| **Benedict Fiorentino**<br>**40 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Wages** | **$52,000** |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 10, 2009**                          Signature    **/s/ Sal Ciccone**
                                                                   **Sal Ciccone**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ciccone Food Products, Inc.**                                    Case No.
                                                        Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.    $   **0.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 10, 2009**                          **/s/ Robert R. Benjamin**
                                                        **Robert R. Benjamin 0170429**
                                                        **Querrey & Harrow, Ltd.**
                                                        **175 W. Jackson Boulevard, Suite 1600**
                                                        **Chicago, IL 60604**
                                                        **(312)540-7000   Fax: (312)540-0578**
                                                        **rbenjamin@querrey.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ciccone Food Products, Inc.** _____,    Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Salvatore Ciccone**<br>**40 West Fullerton Avenue**<br>**Addison, IL 60101** | **Common** | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___**December 10, 2009**_____        Signature **/s/ Sal Ciccone** _____

**Sal Ciccone**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ciccone Food Products, Inc.**

Case No. _____

Chapter  **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **149**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December 10, 2009** _____

**/s/ Sal Ciccone** _____
**Sal Ciccone**/
Signer/Title

A&B Foods, Inc.
14550 Miller Ave.
Fontana, CA 92336


A&E Technology
8102 S. Lemont Rd
Suite 900
Woodridge, IL 60517


Acme Scales
1110 N. Villa Ave.
Villa Park, IL 60181


Acqua Mineral San Benedetto
65 Viale Kennedy
Scorzie, VE 30037
ITALY


Al Warren Oil Co.
7439 W. Archer Ave.
Summit, IL 60501


Allied Waste
5050 W Lake St
Melrose Park, IL 60160


Amatis & Associates
810 Lively Blvd.
Wooddale, IL 60191


Anna Ciccone
1202 Surrey Rd
Addison, IL 60101


Anna Marie Ciccone
40 W. Fullerton Avenue
Addison, IL 60101


Anthony F. Spina
Spina McGuire & Okal PC
7610 W. North Avenue
Elmwood Park, IL 60707

Anthony Marano Company
3000 S. Ashland Ave
Suite 100
Chicago, IL 60608


Antonetti, Price & Kuzma
704 Florsheim Dr.
Libertyville, IL 60048


Aramark Uniform Co.
4200 S. Halsted
Suite 602
Chicago, IL 60609


Associated Bank, N.A.
200 N. Adams Street
PO Box 19006
Green Bay, WI 54307


Associated Bank, N.A.
200 N. Adams Street
PO Box 19007
Green Bay, WI 54307


Associated Bank, NA
c/o Jones & Jacobs
77 W. Washington, Ste. 2100
Chicago, IL 60602


AT&T
PO Box 8100
Aurora, IL 60507


Atalanta Corporation
PO Box 9631
Uniondale, NY 11555-9631


Aurora Food Sales Ltd.
341 Kengington Dr
Oswego, IL 60543


Badger Murphy
PO Box 660312
Dallas, TX 75266-0312

Barry A. Springer, P.C.
4350 Oakton Street
Suite 206A
Skokie, IL 60076


Basciani Foods, Inc.
3661 S Iron
Chicago, IL 60609


Battagila Distribution, Co.
2545 S Ashland Ave
Chicago, IL 60608


Battagilia & Co., Inc.
1275 Valley Brook Ave
Lyndhurst, NJ 07071


Best Bargins
6515 32nd Ave
New Munster, WI 53152


Bindi Dessert
405 Minnisink Rd
Totowa, NJ 07512-1804


BlueCross BlueShield of IL
PO Box 1186
Chicago, IL 60690


Bob's Better Beef
d/b/a Bari Foods
710 Schneider Dr
South Elgin, IL 60177


Cabela's Club Visa
PO Box 82575
Lincoln, NE 68501


Calumet Diversified Meats, Inc.
PO Box 5997
Carol Stream, IL 60197

Capitol One, FSB
Attn: Remittance Processing
PO Box 790217
St Louis, MO 63179


Carapelli Firenze Spa
c/o Solomon & Leadley
320 East IndianTrail
Aurora, IL 60505


Carmichael National Lease
2200 S. Loomis Street
Chicago, IL 60608


Castella Imports
PO Box 5493
New York, NY 10087-5493


Celli Truck Center
10328 Belle Plaine Avenue
Schiller Park, IL 60176


Central States
PO Box 9280
Highland, IN 46322


Charley Landscaping
4N221 7th Ave
Addison, IL 60101


Churny Company
1 Kraft Ct
Glenview, IL 60025


CIT Technologies Financial Services, Inc
21146 Network Pl
Chicago, IL 60673


Citicorp Vendor Finance, Inc.
One International Blvd.
Mahwah, NJ 07430-0631


Columbus
30 E Oakton Ave
Des Plaines, IL 60018

CPI Office Products
PO Box 292130
Lewisville, TX 75029


Cross Container Corp
400 Maple Ave
Carpentersville, IL 60110


CVL International Trade
429 N 26th Ave
Hollywood, FL 33020


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Daniel J. Spilotro
Teller, Levit & Silvertrust, P.C.
11 East Adams Street, #800
Chicago, IL 60603


David G. Duggan dba Law Office of
David G. Duggan c/o Ryan Rafferty
119 W. Rockland Rd. #1A
Libertyville, IL 60048


Delverde America
1865 Herndon Ave
Ste K-PMB 321
Clovis, CA 93611


Dennis E. Brown
Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201-1672


Dessert Serv., Inc. d/b/a Bindi USA
Mages & Price
707 Lake Cook Road, Suite 314
Deerfield, IL 60015


Edward Izzi & Associates
390 E Devon Ave
Suite 101
Roselle, IL 60172

Edward S. Margolis
Teller, Levit & Silvertrust, PC
11 E. Adams St., Ste. 800
Chicago, IL 60603


Eurimac SA
In Area of Kilkis
61100 Kilkis
GREECE


F&A Dairy Products - New Mexico
355 Crawford Blvd
Las Cruces, NM 88007


F&A Dairy Products - Wisconsin
212 State Rd 35 S
Dresser, WI 54009


Farmer Brothers Coffee
PO Box 934237
Atlanta, GA 31193-4237


Food Group Int'l
(Maestri Pasta, Inc.)
3733 Mesa Vista Way
Bonita, CA 91902


Ford Credit
PO Box 790093
St Louis, MO 63179


Ford Motor Credit Company
PO Box 64400
Colorado Springs, CO 80962


Forzack Trucking
504 Sussex Dr
Janesville, WI 53546


Fox De Lux
370 N Morgan St
Chicago, IL 60607

Fra Noi
3800 Division St
Stone Park, IL 60165


Garretson, Santora, Urgo
2 N LaSalle
Suite 1100
Chicago, IL 60602


Gateway Ind Power Carrier
PO Box 790129
Dept GI
St Louis, MO 63179


Georgia Pacific
PO Box 93350
Chicago, IL 60673


Gerard Smetana dba Smetana &
Avakian c/o Ryan A. Rafferty
119 W. Rockland Rd. #1A
Libertyville, IL 60048


Global Logistics
117 E Palatine Rd
Suite 205
Palatine, IL 60067


Greco & Son Pizza Supply
1550 Hecht Rd
Bartlett, IL 60103


Harold Stotland
Teller Levit & Silvertrust P.C.
11 East Adams Street
Chicago, IL 60603


Hinsdale Pride
7960 Shagbark Ln
Burr Ridge, IL 60527


House of Doors, Inc.
PO Box 147
Brookfield, IL 60513

IL Dept of Employment Security
PO Box 3637
Springfield, IL 62708


IL Dept. of Employment Security
PO Box 803414
Chicago, IL 60680


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794


Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62726


Illinois Department of Revenue
PO Box 88294
Chicago, IL 60680


Illinois Tollway
6200 Hiawatha Ave
Suite 620
Chicago, IL 60646


Industrial Battery Sales
749 N Harvard Ave
Villa Park, IL 60181


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


J.V.M. Sale Corp.
3401A Tremley Point Rd
Linden, NJ 07036


Komatsu Forklift Chicago
PO Box 30279
Los Angeles, CA 90030

Law Office Gerard Smetana
39 S LaSalle
Suite 1218
Chicago, IL 60603


Law Office Gregory Castaldi
5521 N Cumberland
Suite 1109
Chicago, IL 60656


Leprino Foods Dairy
1830 W 38th Ave
Denver, CO 80211


Maestranzi Sharp Knife
4715 N Ronald
Harwood Heights, IL 60706


Mancuso
612 Mills Rd
Joliet, IL 60433


Marcal Paper
PO Box 8500
Philadelphia, PA 19178


Marina Cartage
PO Box 09051
Chicago, IL 60609


Meadow Brook Co, Inc
1100 W Fulton Market
Chicago, IL 60607


Michele Baking
3140 N Mannheim Rd
Franklin Park, IL 60131


Mincing Trading Corp
10 Tower Rd
Dayton, NJ 08810

Minerva USA
2200 Fletcher Ave
5th Floor
Fort Lee, NJ 07024


Montebovi Spa
Via del Fosso della Magliana
34, 0148 Roma
ITALY


Morris Meat Packing, Inc.
1406 S. 5th Ave
Maywood, IL 60153


National Int'l Roofing Co
11317 Smith Dr
Huntley, IL 60142


Nicor
PO Box 0632
Aurora, IL 60507


Norcomm Public Safety Comm
PO Box 1368
Elmhurst, IL 60126


Office Depot
PO Box 633211
Cincinnati, OH 45263


Park Cheese
PO Box 1499
Fond Du Lac, WI 54936


Park Packing
4107 S. Ashland Ave
Chicago, IL 60609


Pasta Puglia Specialty Food
10 Dell Glenn Ave
Lodi, NJ 07644


Perfect Pasta
31 Fairbank, Unit A
Addison, IL 60101

Pioneer Wholesale
1000 W Carroll Ave
Chicago, IL 60607


Pitney Bowes Financial Svc
PO Box 856460
Louisville, KY 40285


Port Royal Sales, Ltd
95 Froehlich Farm Blvd
Woodbury, NY 11797


Prelit House
Law Offices of Joel Cardis, LLC
2006 Swede Road, Suite 100
E. Norriton, PA 19401


Purchase Power
PO Box 856042
Louisville, KY 40285


Quality
172 N Peoria St
Chicago, IL 60607


Quick Dry Foods USA
977 Northpoint Blvd
Waukegan, IL 60085


Quill
PO Box 37600
Philadelphia, PA 19101


Restaurant Depot - DesPlaines
2166 Mannheim Rd
Des Plaines, IL 60018


Restaurant Depot - Lombard
1000 N. Rohlwing Rd
Lombard, IL 60148


Rosina Food Products, Inc.
PO Box 2732
Buffalo, NY 14240

Salvatore & Anna Marie Ciccone
40 West Fullerton Avenue
Addison, IL 60101


Salvatore & Anna Marie Ciccone
40 W. Fullerton Avenue
Addison, IL 60101


Salvatore Ciccone
40 W. Fullerton Avenue
Addison, IL 60101


Sanniti LLC
1275 Valley Brook Ave
Lyndhurst, NJ 07071


Santa Maria Foods Ulc
10 Armthorpe Rd
Brampton, ON L6T 5M4
CANADA


Saputo Cheese USA, Inc
2515 Collection Center Dr
Chicago, IL 60693


Schaumburg Security
1937 Wright Blvd
Schaumburg, IL 60193


Schreiber Foods, Int'l
PO Box 299
Ramsey, NJ 07446


Serra Cheese
19717 15 Mile Rd
Clinton Twp, MI 48035


Seville Imports
Dept 5421
PO Box 1170
Milwaukee, WI 53201


Shorr Packaging
PO Box 6800
Aurora, IL 60598

Smurfit-Stone Container Ent
PO Box 18265
St Louis, MO 63150


Sprint - Long Distance
Box 219100
Kansas City, MO 64121


Sprint - Mobile
PO Box 4181
Carol Stream, IL 60197


Stanislaus Food Products
1202 D St
Modesto, CA 95354


Starco Chemical
Union Ave & Dubois St
East Rutherford, NJ 07073


Sunray International
704 Florsheim Dr.
Suite 12
Libertyville, IL 60048


Supreme Lobster
220 E North Ave
Villa Park, IL 60181


TEC Foods
PO Box 41727
Chicago, IL 60647


Tecdepot of Office Depot
PO Box 33074
Harford, CT 06150


The Italian Bakery
82 E Lake St
Addison, IL 60101


The Ulhmann Company
1009 Central St
Kansas City, MO 64105

```
Tom Page Casing
10705 S Roberts Rd
Palos Hills, IL 60465


United Healthcare
Dept Ch 10151
Palatine, IL 60055


US Refrigeration
1250 Karl Dr
Wauconda, IL 60084


USDA Food Safety & Inspection
PO Box 979001
St Louis, MO 63197


V. Formusa  Co
710 W Grand Ave
Chicago, IL 60610


V. Spice Inc
550 Mountain Ave
Gilette, NJ 07933


Vince & Sons
7825 W 87th Pl
Bridgeview, IL 60455


Vistar Corp dba Roma Foods
PO Box 187625
Division St North
Rice, MN 56367


WB McCloud
2500 W Higgins Rd
Suite 850
Hoffman Estates, IL 60195


West Town
947 Ridgeland Ave
Oak Park, IL 60304


Westfield
PO Box 9001566
Louisville, KY 40290-1566
```

Whitehall Specialties
36120 Owen St
Whitehall, WI 54773


William G. Schur
10 South LaSalle Street
Suite 3500
Chicago, IL 60603


Windy City Truck
61 S. Mitchell Ct
Addison, IL 60101

# United States Bankruptcy Court
### Northern District of Illinois

In re __Ciccone Food Products, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ciccone Food Products, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 10, 2009__

Date

__/s/ Robert R. Benjamin__

__Robert R. Benjamin 0170429__

Signature of Attorney or Litigant

Counsel for __Ciccone Food Products, Inc.__

__Querrey & Harrow, Ltd.__

__175 W. Jackson Boulevard, Suite 1600__
__Chicago, IL 60604__
__(312)540-7000 Fax:(312)540-0578__
__rbenjamin@querrey.com__